MARK E. DAVIS—BAR NO. 79936
*mdavis@davisyounglaw.com*
ADAM J. DAVIS—BAR NO. 275964
*adavis@davisyounglaw.com*
**DAVIS & YOUNG, APLC**
1960 The Alameda, Suite 210
San Jose, CA 95126
Phone: 669.245.4200
Fax: 408.985.1814

Attorneys for Plaintiff
STELIOS GEORGIOU

FREIDRICH W. SEITZ—BAR NO. 51536
*fseitz@murchisonlaw.com*
GINA E. OCH—BAR NO. 170520
*goch@murchisonlaw.com*
KELSEY MAXWELL—BAR NO. 300681
*kmaxwell@murchisonlaw.com*
**MURCHISON & CUMMING, LLP**
801 South Grand Avenue, Ninth Floor
Los Angeles, CA 90017
Phone: 213.623.7400
Fax: 213.623.6336

Attorneys for Defendant
LOUISVILLE LADDER, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STELIOS GEORGIOU, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LOUISVILLE LADDER, INC., a Delaware Corporation; AMAZON.COM, INC., a Washington Corporation; and DOES 1 – 100, inclusive,<br><br>Defendants. | No. 4:17-cv-06588-YGR<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING LOUISVILLE LADDER, INC. WITH PREJUDICE** |

Pursuant to the Parties' agreement of March 7, 2019, Plaintiff Stelios Georgiou and Defendant Louisville Ladder, Inc., through their attorneys of record, hereby stipulate as follows:

1. Plaintiff Stelios Georgiou hereby voluntarily dismisses with prejudice the above-captioned action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii);
2. This Court will retain jurisdiction over the above-captioned action to enforce the terms of the Parties settlement agreement;
3. Each party will bear its own attorney's fees and costs incurred in connection with the above-captioned action.

DATED: April 5, 2019

**DAVIS & YOUNG, APLC**

By */s/ Adam Davis*
Mark E. Davis
Adam J. Davis
Attorneys for Plaintiff
STELIOS GEORGIOU

**MURCHISON & CUMMING, LLP**

DATED: April 5, 2019

By */s/ Kelsey Maxwell*
FREIDRICH W. SEITZ
GINA E. OCH
KELSEY MAXWELL
Attorneys for Defendant
LOUISVILLE LADDER. INC.

# **ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: April 9, 2019

By: _____
HON. YVONNE GONZALEZ ROGERS
United States District Court Judge

# PROOF OF SERVICE

**Georgiou, etc., vs. Louisville Ladder, Inc., etc., et al.**
**3:17-cv-06588-YGR**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 801 South Grand Avenue, Ninth Floor, Los Angeles, CA 90017-4613.

On April 5, 2019, I served true copies of the following document(s) described as **STIPULATION AND [PROPOSED] ORDER DISMISSING LOUISVILLE LADDER, INC. WITH PREJUDICE** on the interested parties in this action as follows:

| | |
|---|---|
| Mark E. Davis, Esq.<br>Adam J. Davis, Esq.<br>DAVIS & YOUNG, APLC<br>1960 The Alameda, Suite 210<br>San Jose, CA  95126<br>Telephone: 669-245-4200<br>Facsimile: 408-985-1514 | *Attorneys for Plaintiff,*<br>*STELIOS GEORGIOU* |

**BY E-MAIL OR ELECTRONIC TRANSMISSION**: Pursuant to the E-Filing System of the United States District Court, Northern District of California, to the parties at the e-mail addresses on the Court's website.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 5, 2019, at Los Angeles, California.

*Claudia Castillo*
_____
Claudia E Castillo